## W. A. WHITAKER, Appellant, v. WESTERN HOUSING CORPORATION, Appellee.

No. 8398.

Circuit Court of Appeals, Ninth Circuit.

Dec. 14, 1936.

Fred W. Lake, of Oakland, Cal., for appellant.

Irving M. Liner, of Oakland, Cal., for appellee.

Before MATHEWS and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of the appeal herein, and after arguments of counsel, ordered said motion granted, that a decree of dismissal be filed and entered, and the mandate of this court issue as provided in rule 32.